IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

G. W. and PHYLLIS DELANEY                                    PLAINTIFFS

    vs.                    CASE No. 05-CV-6045

GARY ASHCRAFT; CITY OF HOT
SPRINGS, ARKANSAS; WILLIE PERKINS;
PAUL NORRIS; DIANE BROWNING;
GEORGE and ANGELA BROWING;
BERNEITA SARGENT; LARRY SANDERS;
ROBERT JESTER; CITY OF MOUNTAIN
PINE, ARKANSAS; RANDALL TITSWORTH;
MICHAEL SMITH; STEVE OLIVER;
JERRY MABRY; REBECCA REID;
SENTINEL RECORD NEWSPAPER;
FLOYD EMERSON; CONNIE SCOTT;
LUCETT MERWORTH; SHELIA STEIR;
DEBBIE ELLSWORTH; PAULETTE KEITH;
JOHN HALL; RANDALL FALE; FAITH FIELDS;
MICHAEL and CLAUDIA BURTON; DAVID
BURTON; BILL WALTRIP; CITY OF
BOWLING GREEN, KENTUCKY; AMY HALE
MILLIKEN; PAT GOAD; OLIVIA HAZEL;
BECKY MILLER; SHELIA WARWICK;
and SONJA (Last name unknown)                                DEFENDANTS

## ORDER

Now on this 17th day of October, 2005, there comes on for consideration the plaintiffs' motion to dismiss four defendants from verified complaint (#11).

The Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby GRANTED,

AO72A
(Rev. 8/82)

and Separate Defendants Jerry Mabry, Floyd Emerson, Randall Fale, and Faith Fields are hereby DISMISSED from the above styled and numbered cause.

IT IS SO ORDERED.

/S/ Robert T. Dawson
    Robert T. Dawson
    United States District Judge

**AO72A**
**(Rev. 8/82)**