IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

G. W. and PHYLLIS DELANEY, et al.                    PLAINTIFFS

    vs.              CASE No. 05-CV-6045

GARY ASHCRAFT, et al.                                DEFENDANTS

### ORDER

Now on this 27th day of December, 2005, there comes on for consideration the above-styled and numbered cause. In accordance with the Plaintiffs' Motion to Dismiss Defendant (#112), and being well and sufficiently advised in the premises, the Court finds that Separate Defendant Larry Sanders, Sheriff, in his official and individual capacities, should be and is hereby DISMISSED from this cause.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
    Robert T. Dawson
    United States District Judge