```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

G. W. and PHYLLIS DELANEY, et al.                    PLAINTIFFS

    vs.            CASE No. 05-CV-6045

GARY ASHCRAFT, et al.                                DEFENDANTS


### ORDER

Now on this 17th day of January, 2006, there comes on for consideration the above-styled and numbered cause. In accordance with the Plaintiffs' Motion to Dismiss Defendant (#136), and being well and sufficiently advised in the premises, the Court finds that Separate Defendant Arkansas State Board of Nursing should be and is hereby DISMISSED from this cause.

IT IS SO ORDERED.


/S/ *Robert T. Dawson*
   Robert T. Dawson
   United States District Judge