IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHYLLIS & G.W. DELANEY                              PLAINTIFFS

    V.                    Civil No. 05-6045

GARY ASHCRAFT, et al.                              DEFENDANTS

**O R D E R**

Now on this 24th day of January 2006, there comes on for consideration the reports and recommendations issued by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Docs. 123-26). No objections to the reports and recommendations have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The reports and recommendations are proper and should be and hereby are adopted in their entirety. Accordingly, Separate Defendants Triad Hospital, Inc. and Rebecca Reid's motion to dismiss (Doc. 73) is GRANTED and they are dismissed as Defendants in this action; Separate Defendants Phil Kimbel and David Burton's motions to dismiss (Docs. 64 & 79) are GRANTED and Plaintiffs' claims against Separate Defendants Kimbel and Burton are DISMISSED WITHOUT PREJUDICE to Plaintiffs' right to file a complaint in a jurisdiction that possesses personal jurisdiction over Separate Defendants Kimbel and Burton; and Separate Defendant Willie Perkins' motion to dismiss and amended motion to dismiss (Docs. 27 & 69) are GRANTED and he is dismissed as a defendant in this action.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge