```
                IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF ARKANSAS
                       HOT SPRINGS DIVISION
```

PHYLLIS & G.W. DELANEY                                    PLAINTIFFS

    V.                    Civil No. 05-6045

GARY ASHCRAFT, et al.                                     DEFENDANTS

## **O R D E R**

Now on this 1st day of February 2006, there comes on for consideration the reports and recommendations issued by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Docs. 132 & 134). No objections to the reports and recommendations have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The reports and recommendations are proper and should be and hereby are adopted in their entirety. Accordingly, the motion to dismiss filed by Separate Defendants the Arkansas Democrat-Gazette, Inc. and the Sentinel-Record Newspaper (Doc. 76) is GRANTED and Plaintiffs' claims against Separate Defendants are DISMISSED WITH PREJUDICE. Further, the motion to dismiss of Separate Defendants the City of Mountain Pine and Robert Jester (Doc. 106) is GRANTED and Plaintiffs' claims against these Separate Defendants are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge