IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHYLLIS & G.W. DELANEY                                    PLAINTIFFS

    V.                    Civil No. 05-6045

GARY ASHCRAFT, et al.                                     DEFENDANTS

## O R D E R

Now on this 1st day of February 2006, there comes on for consideration the report and recommendation issued by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Docs. 133). Separate Defendant John Hall filed written objections (Doc. 139).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Separate Defendant John Hall's motion to dismiss (Doc. 34) is GRANTED and Plaintiffs' claims against Separate Defendant are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge