IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHYLLIS & G.W. DELANEY                                    PLAINTIFFS

    V.                    Civil No. 05-6045

GARY ASHCRAFT, et al.                                     DEFENDANTS

## **O R D E R**

Now on this 8th day of February 2006, there comes on for consideration the reports and recommendations issued by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Docs. 142-45). No objections to the reports and recommendations have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The reports and recommendations are proper and should be and hereby are adopted in their entirety. Accordingly, the motions to dismiss filed by Separate Defendant Steve Oliver (Doc. 35) and Separate Defendant the Sisters of Mercy Health System (Doc. 62) are GRANTED and Plaintiffs' claims against them are DISMISSED WITH PREJUDICE. Further, the motions to dismiss of Separate Defendants Michael Burton and Claudia Burton (Doc. 90) and Separate Defendants the City of Bowling Green, Kentucky and Bill Waltrip, Chief of Police of Bowling Green (Doc. 110) are GRANTED and Plaintiffs' claims against these Separate Defendants are DISMISSED WITHOUT PREJUDICE to Plaintiffs filing the complaint in a jurisdiction which has personal jurisdiction over Separate Defendants.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge