```
                IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF ARKANSAS
                       HOT SPRINGS DIVISION
```

PHYLLIS & G.W. DELANEY                                    PLAINTIFFS

    V.                  Civil No. 05-6045

GARY ASHCRAFT, et al.                                     DEFENDANTS

## O R D E R

Now on this 3rd day of April 2006, there comes on for consideration the report and recommendation issued by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 181). No objections to the report and recommendation have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the motion to dismiss the second amended complaint filed by Separate Defendants the Commonwealth of Kentucky, Warren County Circuit Court Clerk Pat Goad, and Deputy Clerks Olivia Hazel, Becky Miller, and Sonja (last name unknown) (Doc. 153) and the motion to dismiss filed by Separate Defendant Shelia Warwick (Doc. 161) are GRANTED and Plaintiffs' claims against them are DISMISSED WITHOUT PREJUDICE to Plaintiffs filing the complaint in a jurisdiction which has personal jurisdiction over Separate Defendants.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge