IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

G. W. and PHYLLIS DELANEY                                    PLAINTIFFS

    vs.         CASE No. 05-CV-6045

GARY ASHCRAFT, et al.                                        DEFENDANTS

## **ORDER**

Now on this 20th day of April, 2006, there comes on for consideration the above-styled and numbered cause. In accordance with the Motions to Dismiss Defendants St. Joseph's Mercy Health Center (#205) and Amy Hale Milliken, County Attorney, Warren County, Kentucky, in her official and individual capacities (#206), and being well and sufficiently advised in the premises, the Court finds that these defendants should be and are hereby DISMISSED from the above-styled cause.

    IT IS SO ORDERED.

                                /S/ *Robert T. Dawson*
                                Robert T. Dawson
                                United States District Judge