IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHYLLIS & G.W. DELANEY                                    PLAINTIFFS

    V.                      Civil No. 05-6045

GARY ASHCRAFT, et al.                                     DEFENDANTS

## O R D E R

Now on this 17th day of May 2006, there comes on for consideration the report and recommendation issued by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 216). Separate Defendants City of Hot Springs, Arkansas, Gary Ashcraft and Paul Norris filed written objections (Docs. 223-24).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety.

Accordingly, Separate Defendants' motion for judgment on the pleadings (Doc. 178) is GRANTED with respect to Plaintiffs' claims pursuant to 42 U.S.C. §§ 1981, 1986 and state law claims of slander, false arrest and/or false imprisonment and assault and battery and these claims are DISMISSED WITH PREJUDICE. Separate Defendants' Motion is DENIED with respect to Plaintiffs' claims pursuant to 42 U.S.C. §§ 1983, 1985 and state law claims of malicious prosecution, intentional infliction of emotional distress and abuse of process.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge