IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHYLLIS & G.W. DELANEY                                    PLAINTIFFS

        V.                      Civil No. 05-6045

GARY ASHCRAFT, et al.                                    DEFENDANTS

## O R D E R

Now on this 26th day of July 2006, there comes on for consideration the report and recommendation issued by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 245). No objections to the report and recommendation have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the motion to dismiss filed by Separate Defendant Randall Titsworth, in his official and individual capacities (Doc. 217) is GRANTED and Plaintiffs' claims against him are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge