IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

G.W. DELANEY and
PHYLLIS DELANEY                                              PLAINTIFFS

    V.                  Civil No. 05-6045

GARY ASHCRAFT, Chief
of Police in his official and
individual capacity, et al                                   DEFENDANTS

## O R D E R

On this 8th day of August 2006, there comes on for consideration the report and recommendation (Doc. 254) filed in this case on July 17, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate for the Western District of Arkansas. No objections have been filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the motion to dismiss filed by Separate Defendants Knowledge Learning Corporation, Kindercare Learning Center, Inc., Connie Scott, Lucett Merworth, Shelia Steir, and Debbie Ellsworth (Doc. 232) is GRANTED and Plaintiffs' claims against these Separate Defendants are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge