```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

PHYLLIS & G.W. DELANEY                                PLAINTIFFS

    V.                    Civil No. 05-6045

GARY ASHCRAFT, et al.                                 DEFENDANTS

## ORDER

On May 12, 2006, Plaintiffs filed their Fourth Amended Complaint. (Doc. 222). Pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, no proof of service has been made to the Court with respect to the following defendants:

      **National Park Medical Center**

      **Paulette Keith**

      **Diane Browning**

      **George Browning**

      **Angela Browning**

      **Berneita Sargent**

Accordingly, these individuals are DISMISSED as defendants in this action.

IT IS SO ORDERED this 16th day of April 2007.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```