IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHYLLIS & G.W. DELANEY                                      PLAINTIFFS

    V.                    Civil No. 05-6045

GARY ASHCRAFT, et al.                                        DEFENDANTS

## **O R D E R**

Now on this 4th day of May 2007, there comes on for consideration the report and recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 296). Also before the Court are Plaintiffs' written objection to the report and recommendation. (Docs. 297-98).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the motion for summary judgment (Doc. 279) filed by Separate Defendants the City of Hot Springs, Arkansas; Gary Ashcraft and Paul Norris is GRANTED and Plaintiffs' claims against them are DISMISSED WITH PREJUDICE. Further, Plaintiffs' Motion to Serve Subpoenas for Trial (Doc. 291) is DENIED AS MOOT.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge

**AO72A**
**(Rev. 8/82)**